IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,    §<br>§<br>§<br>*Plaintiff*,    §<br>§<br>v.    §<br>§<br>BRADLEY MORGAN HOLTS,    §<br>§<br>*Defendant*.    § | CIVIL ACTION NO.  1:23-CV-00081-MJT<br><br><br>JUDGE MICHAEL TRUNCALE |

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

On August 16, 2023, the Court referred Plaintiff United States Securities and Exchange Commission's ("SEC") Motion for Default Judgment to [Dkt. 7] to United States Magistrate Judge Zack Hawthorn for consideration and disposition pursuant to Title 28 U.S.C. § 636(b)(1)(A) and (3).  [Dkt. 8].  On August 28, 2023, Judge Hawthorn issued a Report and Recommendation, recommending that the Court grant the SEC's Motion for Default Judgment. [Dkt. 9].  The Court has received and considered Judge Hawthorn's report.  The SEC certified a copy of the Report and Recommendation was served on the Defendant, Bradley Holts, by mail.  [Dkt. 11].  No objections to the Report and Recommendation have been filed, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that the Report and Recommendation of the magistrate judge

[Dkt. 7] is ACCEPTED. Accordingly, the SEC's Motion for Default Judgment [Dkt. 7] is GRANTED. A Final Judgment will be entered separately.

**SIGNED this 11th day of October, 2023.**

_____
Michael J. Truncale
United States District Judge